**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN COMPTON,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA AND INSIGHT HEALTH CORPORATION LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No.: 8:18-cv-00184-CJC-KES<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice.

Each party shall bear its and his own fees and costs.

DATED: November 6, 2018

_____
Cormac J. Carney
UNITED STATES DISTRICT JUDGE